## Albert J. KNIPP and Mildred F. Knipp, Respondents,

v.

## Karen S. NOSOVITCH and Greg Nosovitch, a/k/a Paul G. Nosovitch, her husband, Appellants,

## Patricia Baughman and Andy Baughman, her husband, Russell Knipp and Debra Jo Knipp, his wife, Respondents.

### No. WD 48150.

Missouri Court of Appeals,
Western District.

June 14, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 2, 1994.

Application to Transfer Denied
Sept. 20, 1994.

Peggy D. Richardson, Andereck, Evans, Milne Peace & Baumhoer, Jefferson City, for respondents Russell Knipp, Debra Jo Knipp, Sharon K. Knipp and Mike Knipp.

Ronald J. Prenger, Jefferson City, for appellant Karen S. Nosovitch.

Before LOWENSTEIN, P.J., and BERREY and SPINDEN, JJ.

### ORDER

PER CURIAM.

This is an appeal from a dismissal of an amended cross-petition filed in 1993, which alleges fraud occurring prior to January, 1980, and discovered in 1989. Dismissal on limitations grounds was not in error where, contrary to Rule 55.15, averments of fraud "shall be stated with particularity." Affirmed. Rule 84.16(b).